## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **LASHAN WILLIAMS,**<br><br>               Plaintiff,<br><br>     vs.<br><br>**UNITED STATES OF AMERICA,**<br><br>               Defendant. | **8:14CV167**<br><br>**ORDER** |

This matter is before the court on the parties' Joint Motion and Stipulation for Dismissal (Filing No. 13). The court finds that the parties' joint stipulation should be granted in accordance with Fed. R. Civ. P. 41(a).

**IT IS ORDERED** that the parties' joint stipulation (Filing No. 13) is granted and this case is dismissed with prejudice, each party to bear its own costs.

Dated this 16th day of September, 2014.

                                        BY THE COURT:

                                         s/ Thomas D. Thalken
                                        United States Magistrate Judge